# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARMEN GODINA,<br><br>Defendant. | Case No. 20-CR-2694 CAB<br><br>**ORDER AND JUDGMMENT DISMISSING INFORMATION WITHOUT PREJUDICE** |

Based on the motion of the United States to dismiss this case without prejudice, and in the interests of justice, IT IS HEREBY ORDERED that the Information in the above-entitled action be dismissed without prejudice.

IT IS FURTHER ORDERED the bond set for the defendant is exonerated and should Pretrial Services hold a passport or any travel documents, those documents are to be released.

**SO ORDERED.**

Dated: December 16, 2020

_____
Honorable Cathy Ann Bencivengo
UNITED STATES DISTRICT JUDGE